# Exhibit C



9246 Portage Industrial Dr
Portage MI 49024
Phone: 1-888-472-3652
Fax: 1-800-383-6136

April 04, 2019

Tina Amstadt
2333 Williams Point Dr
Stoughton, WI 53589

**RE: Approved Intermittent FMLA Leave
Claim # 01**

Dear Tina:

On behalf of your employer, NeuGen LLC, BASIC has reviewed your request for FMLA Leave because of your serious health condition. Based on the medical certification completed by your Health Care Provider, you are approved for Intermittent FMLA Leave for the following period: **March 20, 2019 through March 19, 2020.**

Intermittent Leave is defined as leave taken in separate blocks of time due to a single qualifying reason.

<u>FMLA Leave is available up to a maximum of 12 work weeks of leave time during a Rolling 12 Months Calendar</u>. If your leave is covered by other government mandated laws, you have a right to the amount of leave allowed by those applicable laws. Should you need additional leave beyond the dates listed above you must notify BASIC as soon as practicable, the same or next day, on which the need becomes known to you.

**Recertification may be required during your leave.**

**IMPORTANT REMINDERS**

Going forward, when you have prior knowledge of a scheduled event or need to report an unscheduled leave event you are required to follow your Employer's notification policies. While on leave you may be required to recertify your leave. Recertification may be required every 30 days or based on a pattern of absences that is assessed to need validation. You will be notified of recertification requirements by mail when that follow-up is required. Additional leave may require additional certification from your health care provider.

This approved certification is for a specific health condition and does not cover absences due to unrelated conditions or circumstances. When notifying your employer of your intermittent leave absence, please refer to your absences as "Approved Leave" and reference the claim number listed on this approval.

Any days used for FMLA Leave will be counted against your leave even if you use paid time off, paid sick time, short term disability, worker's compensation, or unpaid time.

Should you have any questions or need information, please contact BASIC at 1-888-472-3652.

Sincerely,

*Denise Gordon*

Denise Gordon
FMLA Case Manager