IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TINA AMSTADT,

     Plaintiff,

                                  Case No. 20-cv-440-jdp

   v.

NEUGEN, LLC,

     Defendant.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant NeuGen, LLC against plaintiff Tina Amstadt dismissing this case.

    s/ K. Frederickson, Deputy Clerk           July 7, 2021
    Peter Oppeneer, Clerk of Court              Date